IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**JAMES REEDOM, PRO SE
    PLAINTIFF** 3904 Candace Dr.
Fort Worth, Texas 76119

VS.

Case: 1:08-cv-00103
Assigned To : Unassigned
Assign. Date : 1/18/2008
Description: Employ. Discrim.

JURY ACTION

**TARRANT COUNTY COMMUNITY COLLEGE DISTRICT, TARRANT COLLEGE COLLEGE-SOUTH CAMPUS, DAVE CLINKSCALE, JUDITH GALLAGHER ET AL.      CIVIL ACTION NUMBER:
        DEFENDANT(S)**

<u>CLASS ACTION COMPLAINT BASED UPON RACIAL DISCRIMINATION IN EMPLOYMENT AND AGE DISCRIMINATION</u>.

### A. JURISDICTION

This Civil Action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 USC sections 2000e (5). Equitable and other relief are also sought under 42 USC sections 2000(5) (g). Jurisdiction is also based 28 USC section 1331, 1343 and 42 USC section 1981 et seq. also age exists and is conferred by 29 USC section 626@(1) and 626(e) and appropriate relief is also sought.

### B. PARTIES

Plaintiff:
1. JAMES REEDOM
   3904 Candace Drive
   Fort Worth, Texas 76119

2. Name of First Defendant
   **Tarrant County College District** –
   1500 Houston Street
   Fort Worth, Texas 76102

3. Name of Second Defendant
   Tarrant County Community College-South Campus
   5301 Campus Drive,
   Fort Worth, TX 76119

RECEIVED
DEC - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

1

4.  Name of Third Defendant
    Dave Clinkscale
    **5301 Campus Drive,
    Fort Worth, TX 76119**

5.  Name of Fourth Defendant
    Judith Gallagher
    **South Campus
    5301 Campus Drive,
    Fort Worth, TX 76119**

### C. NATURE OF CASE

6.  The at which I sought employment or was employed by the defendant is:

    Tarrant County Community College-South Campus
    **5301 Campus Drive,
    Fort Worth, TX 76119**

9.  The discriminatory acts occurred on or about _____ other acts have occurred from _____ to_____ on a continuous and sustaining basis.

10. I have filed charges with EEOC in Dallas, Texas against the defendant's discriminatory conduct.

11. The discriminatory acts that are the basis of this class action are:

    a. Suspension of employment
    b. General Harassment
    c. Racial and discriminatory overtones
    d. Denial of promotions
    e. Forced to be removed to other jobs due to retaliation for complaining
    f. Racial threats and intimidation

12. Defendants conduct is discriminatory with respect to our class and is based upon race and age as discriminatory actions and unjust harassment based upon the defendants disparate actions.

13. Plaintiff contents believe that the defendant is still committing these disparate acts of discrimination against him.

### D. CAUSE OF ACTION

14. The actions of the defendant have been racial and discriminatory due to the harassment, discrimination and disparate activities which have made life unbearable for the Plaintiff.
15. Plaintiff have sufferable significant harm on the job because of the defendants discriminatory and harassment activities due to racial overtones and age bias. This activity on the part of the defendant has made the workplace a hostile environment.

### E. DAMAGES

14. Plaintiff has suffered significant damages and injuries on the part of the Defendants disparate actions such as:

    a. Life earning capacity diminished
    b. Significant lost earnings and wages.
    c. Tremendous physical pain and mental anguish
    d. Forced to work in a hostile environment which has caused them great stress.

15. For the above mentioned reasons, Plaintiff ask for judgment against the defendant:

    a. actual damages of $3,000,000 per defendant
    b. prejudgment and post judgment +interest in the amount of $54,000,000
    c. costs of suit; and $5,000 per Defendant
    d. All other relief the court deems appropriate.

**TRAIL BY JURY**

The Plaintiff requests trial by jury.

Respectfully submitted:

3

**BY PLAINTIFF:**

       JAMES REEDOM, Pro Se
       3904 Candace Drive
       Fort Worth, Texas  76119

_(X) _____/s/ James Reedom_____
       JAMES REEDOM, Pro Se

4