UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Reedom, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 0103 |
| | ) | |
| Tarrant County Community College District *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a resident of Fort Worth, Texas. He sues defendants located in Fort Worth under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, alleging race and age discrimination in employment. Title VII's venue provision requires such cases to be brought (1) in the judicial district where the alleged wrongdoing was committed; (2) in the judicial district where the relevant employment records are maintained and administered; (3) in the judicial district where the plaintiff would have worked but for the alleged discrimination; or, if the action cannot be brought in any of the preceding districts, (4) in the judicial district where defendant's principal office is located. 42 U.S.C. § 2000e-5 (f)(3).

The alleged discrimination occurred in Fort Worth, Texas, which is where plaintiff "sought employment or was employed," Compl. at 2, and where any relevant records are likely to be maintained. Because none of the events are alleged to have occurred in the District of Columbia, the Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 9th day of January 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is hereby TRANSFERRED to the United States District Court for the Northern District of Texas. Whether plaintiff should be allowed to proceed *in forma pauperis* is a determination left for the transferee court.

United States District Judge