# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5020**  **September Term 2007**

08cv00103

**Filed On:** April 28, 2008

In re: James Reedom,

    Petitioner


**BEFORE:**  Sentelle, Chief Judge, and Rogers and Tatel, Circuit Judges

### ORDER

Upon consideration of the petition for writ of mandamus, and the motion to proceed on appeal in forma pauperis, it is

**ORDERED** that the motion to proceed on appeal in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied.  Given that petitioner and defendants are located in Texas, and that all events giving rise to the allegations occurred in Texas, see 42 U.S.C. § 2000e-5(f)(3), the district court did not abuse its discretion by transferring this case to the U.S. District Court for the Northern District of Texas.  See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

By: _____ Deputy Clerk